**RECEIVED**
CHARLOTTE, N.C.

JUL 27 2005

Clerk, U.S. Dist. Court
W. Dist. of N.C.

**FILED**
CHARLOTTE, N. C.

AUG 5 2005

U. S. DISTRICT COURT
W. DIST. OF N. C.

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | DOCKET NO. 3:02CR103-Mu |
| ) | |
| vs. ) | **ORDER FOR DISMISSAL** |
| ) | |
| (01) MIGUEL SERVIN ) | |

Leave of Court is hereby granted for the dismissal of the Bill of Indictment (as it pertains to MIGUEL SERVIN, only) in the above-captioned case without prejudice.

The Clerk is directed to certify copies of this Order to the U.S. Probation Office, U.S. Marshall Service and the United States Attorney's Office.

This 2nd day of July, 2005.

*Graham C. Mullen*
GRAHAM C. MULLEN
UNITED STATES DISTRICT COURT JUDGE